OPINION — AG — THE BOARD OF COUNTY COMMISSIONERS MAY NOT LEGALLY APPROVE EITHER IN WHOLE OR IN PART THE CLAIMS FOR THE EXPENSES IN THE OPERATION OF AMBULANCE SERVICE UNDER THE PUBLIC HEALTH AND SAFETY STATUTES OF THE STATE OF OKLAHOMA. CITE: 63 O.S. 1961 510 [63-510], ARTICLE X, SECTION 9(A), 63 O.S. 1961 39.1-29.4 [63-39.1-29.4], OPINION NO. JANUARY 8, 1958 — HAYNES (R. O. INGLE)